THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
RUSSELL W. CHITTENDEN
Assistant United States Attorney
California State Bar Number: 112613
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2444
    Facsimile: (213) 894-7819
    Email: russell.chittenden@usdoj.gov

JS - 6

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WEN ZHONG,<br><br>    Plaintiff,<br><br>    v.<br><br>JANE ARELLANO, CHRISTINA POULOS, MICHAEL CHERTOFF, EMILIO T. GONZALEZ, ROBERT S. MUELLER, III, MICHAEL B. MUKASEY,<br><br>    Defendants. | No. CV 07-8207 VBF (AGRx)<br><br>ORDER DISMISSING ACTION |

IT IS HEREBY ORDERED that this action be dismissed without prejudice, each side to bear it own costs.

DATED: August 21, 2008        _/s/ Valerie Baker Fairbank_

                                         UNITED STATES DISTRICT JUDGE